[No. 29654-7-III.   Division Three.   June 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO GARCIA VALLE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00420-6, John D. Knodell III, J., entered January 10, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29716-1-III.   Division Three.   June 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO R. RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00201-7, Evan E. Sperline, J., entered January 31, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 29910-4-III.   Division Three.   June 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES BARRAGAN ESTRADA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00570-5, Evan E. Sperline, J., entered April 11, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30043-9-III.   Division Three.   June 14, 2012.]

ANDREA L. BECK, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-2-00869-2, John W. Lohrmann, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ.